IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson Jr, Ernest A | Case Number:  06 B 15209 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  11/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 11, 2008
Confirmed: March 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,272.00 | |
| Secured: | | 11,600.85 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 671.15 |
| Other Funds: | | 0.00 |
| Totals: | 12,272.00 | 12,272.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 2. | HomeComings Financial Network | Secured | 26,733.97 | 11,600.85 |
| 3. | Portfolio Recovery Associates | Unsecured | 321.10 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 1,449.26 | 0.00 |
| 5. | Capital One | Unsecured | 1,583.25 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 2,105.48 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 892.16 | 0.00 |
| 8. | Capital One | Unsecured | 1,521.15 | 0.00 |
| 9. | Ocwen Loan Servicing LLC | Secured | | No Claim Filed |
| 10. | Citi Cards | Unsecured | | No Claim Filed |
| 11. | American Express | Unsecured | | No Claim Filed |
| 12. | Household | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,606.37 | $ 11,600.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 621.29 |
| 6.5% | 49.86 |
| | _____ |
| | $ 671.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson Jr, Ernest A

Printed: 9/23/08

Case Number: 06 B 15209
Judge: Hollis, Pamela S
Filed: 11/20/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

